H. L. McGEHEE *et al.*, plaintiffs in error, *vs.* JAMES TAYLOR, defendant in error.

(BY TWO JUDGES.)—The verdict of a jury must be very strongly against the weight of evidence, to justify this Court in reversing the refusal of the Court below, to grant a new trial. 5th March, 1872.

New trial. Before Judge JOHNSON. Marion Superior Court. October Term, 1871.

For the facts see the opinion.

BLANFORD & CRAWFORD, for plaintiffs in error.

Woolfolk *et al. vs.* Gunn.

THORNTON & SPENCER; E. H. WORRILL, for defendants.

MONTGOMERY, Judge.

This was an action of trespass *vi et armis* by the defendant in error, against the plaintiffs in error, for blacking the face of the former  The jury found a verdict in favor of plaintiff, for $500.  A new trial was moved for, on the ground that the verdict was contrary to the evidence, and other grounds, but the one named is the only one insisted on here.  The Court below overruled the motion, and plaintiffs in error excepted.  We think the verdict is sufficiently sustained by the evidence.

Judgment affirmed.